# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-3020
Lower Tribunal No. 2025-DR-000171-O

_____

MIKESHA CHANTAE JOHNSON,

Appellant,

v.

DEPARTMENT OF REVENUE and JEVAUN SHIMOI HARVEY,

Appellees.

_____

Appeal from the Department of Revenue.

April 24, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315.

TRAVER, C.J., and BROWNLEE and KAMOUTSAS, JJ., concur.


Mikesha Chantae Johnson, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, of the Office of the Attorney General Child Support Enforcement, Fort Lauderdale, for Appellee, Department of Revenue.

No Appearance for Appellee, Jevaun Shimoi Harvey.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED